UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BALWANT SINGH BRAR, | ) | 1:06-CV-01884 OWW LJO HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER VACATING FINDINGS AND |
| v. | ) | RECOMMENDATION OF |
| | ) | JANUARY 31, 2007 |
| ALBERTO GONZALES, et al., | ) | |
| | ) | [Doc. #6] |
| Respondents. | ) | |
| | ) | |

Petitioner is detained by the United States Bureau of Immigration and Customs Enforcement ("ICE") and is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On December 27, 2006, Petitioner filed the instant petition for writ of habeas corpus. On January 31, 2007, the Court issued a Findings and Recommendation that recommended the petition be dismissed for lack of jurisdiction. Respondent filed objections on February 9, 2007. For good cause having been presented and good cause appearing therefor, the Court hereby VACATES the Findings and Recommendation of January 31, 2007. The Court will reconsider the issue of jurisdiction in light of the arguments made by Respondent.

IT IS SO ORDERED.

Dated: **February 13, 2007**           **/s/ Dennis L. Beck**
3b142a                                              UNITED STATES MAGISTRATE JUDGE