McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729
Attorneys for Respondent

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALWANT SINGH BRAR, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> Alberto Gonzales, ) <br> ) <br> ) <br> Respondent. ) <br> _____ ) | CIV F 06 1884 OWW DLB <br><br> **RESPONDENT'S UNOPPOSED MOTION TO DISMISS FOR MOOTNESS AND ORDER.** |

Respondents respectfully move to dismiss the petition for writ of habeas corpus for mootness, as petitioner Balwant Singh Brar was released from custody on an order of supervision on April 11, 2007. *See* Attachment A (Order of Supervision).

Because petitioner has been released on an order of supervision, and is no longer in detention, his habeas petition challenging the length of his confinement is moot, and the petition should be dismissed. *Cf. Picrin-Peron v. Rison*, 930 F.2d 773 (9th Cir. 1991) (habeas petition dismissed as moot because INS Director had released (paroled) alien petitioner). Counsel for petitioner advises that she does not oppose this motion.

Dated: April 30, 2007                    Respectfully Submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney


                                 By:     /s/ Audrey B. Hemesath
                                          Audrey B. Hemesath
                                          Assistant U.S. Attorney

**ORDER**

Pursuant to Respondent's Unopposed Motion to Dismiss for Mootness and for the Reasons stated therein, the Petition for Writ of Habeas Corpus is dismissed as moot.

IT IS SO ORDERED.

**Dated:   May 17, 2007**                    **/s/ Oliver W. Wanger**
                                                                     UNITED STATES DISTRICT JUDGE